**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**vs.**

Case No: 4:25-cr-20937
Assigned To: Kay F. Behm
United States District Judge

**HAITHAM JAGHMAN**
**Defendant.**

_______________________________________/

**SALEM F. SAMAAN (P31189)**
**Attorney for Defendant**
**150 North Main Street**
**Plymouth, MI 48170-1236**
**734-459-4040/734-454-4814(fax)**
**sfsamaan@gmail.com**

**Blaine T. Longesworth (P55984)**
**Assistant United States Attorney**
**600 Church St.**
**Flint, MI 48502**

_______________________________________/

**ORDER RETURNING PASSPORT AND AMENDING TRAVEL RESTRICTIONS**

The Court having reviewed the Motion Requesting the Return of the Passport to Defendant, and to Amend Probation Travel Restrictions,

IT IS HEREBY ORDERED that the Passport shall be returned to the Defendant and, further

The terms of probation shall be amended to allow Defendant to travel within the State of Michigan without the requirement of receiving the probation officer's consent.

IT IS FURTHER ORDERED that the Defendant may not travel outside the State of Michigan without the permission of the probation officer.

SO ORDERED.

Dated: July 29, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge