UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

vs.

HAITHAM JAGHMAN

Defendant.
_______________________________/

Case No: 4:25-cr-20937
F. Kay Behm
United States District Judge

**ORDER GRANTING ECF No. 17**

The court having reviewed the pro se motion seeking authorization to travel outside the United States for work,

**IT IS ORDERED** that the terms of probation shall be amended to allow Defendant to travel outside of the United States, with the permission of the probation officer.

**SO ORDERED**.

Date: October 19, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge